No. 90–6949.   ROLLE v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until June 3, 1991, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), I would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 90–7370.   WILL v. WILL.   Sup. Ct. Va.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until June 3, 1991, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE MARSHALL and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 90–7472.   IN RE DEMOS;
No. 90–7663.   IN RE CHRISTIANSON;
No. 90–7667.   IN RE ADKINS; and
No. 90–7750.   IN RE STICH.   Petitions for writs of habeas corpus denied.

No. 90–7353.   IN RE TILLMAN; and
No. 90–7534.   IN RE PREUSS.   Petitions for writs of mandamus denied.

No. 90–711.   PRESLEY v. ETOWAH COUNTY COMMISSION ET AL.; and

No. 90–712.   MACK ET AL. v. RUSSELL COUNTY COMMISSION ET AL.   Appeals from D. C. M. D. Ala.   Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.

No. 90–1278.   INDOPCO, INC. v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 3d Cir.   Certiorari granted.